**SIGNED.**

Dated: February 16, 2011

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-02315

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:11-bk-00072-JMM |
| Anthony John Savoca and Charlene Elizabeth Savoca | Chapter 7 |
| Debtors. | ORDER |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1 | (Related to Docket #13) |
| Movant, | |
| vs. | |
| Anthony John Savoca and Charlene Elizabeth Savoca, Debtors, Gayle E. Mills, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 23, 2006 and recorded in the office of the Pinal County Recorder wherein Deutsche Bank National Trust Company, as Indenture Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1 is the current beneficiary and Anthony John Savoca and Charlene Elizabeth Savoca have an interest in, further described as:

> LOT 5149, ARIZONA CITY UNIT NINE, ACCORDING TO BOOK 10 OF MAPS, PAGE 15 AND CORRECTED IN BOOK 19 OF MAPS, PAGE 40 AND AMENDED IN CABINET A OF MAPS, SLIDES 4 THRU 8, RECORDS OF PINAL COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.